# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 6, 2025

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.**  3/6/2025
Elba Pena is permitted to travel to San Francisco de Macorís, Dominican Republic, from March 28 to April 28, 2025.

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York

**Re: *United States v. Elba Antonia Pena*, 24 Cr. 352 (VSB)**

Dear Judge Broderick:

I write to respectfully request that the Court permit Elba Pena to travel to San Francisco de Macorís, Dominican Republic, from March 28 to April 28, 2025. Both Probation and the Government consent to this request.

As background, on February 1, 2024, Ms. Pena was sentenced in D. Mass to time served and three years' supervised release with one year's home detention following a narcotics conviction, in case number 22 Cr. 10054. Her supervision was then transferred to this Court, under case number 24 Cr. 352 (VSB). Ms. Pena now wishes to travel to the Dominican Republic to help care for her ailing father, who suffers from Alzheimer's disease, among other conditions. She has been fully compliant with her supervised release conditions thus far. The Court granted permission for a similar trip of similar duration last year. ECF 5. That trip occurred without incident.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Elinor Tarlow, Esq. (by email)
      U.S. Probation (by email)