**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 4, 2025

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.

Date: September 8, 2025

**Re:  *United States v. Elba Antonia Pena*, 24 Cr. 352 (VSB)**

Dear Judge Broderick:

I write to respectfully request that the Court permit Elba Pena to travel to San Francisco de Macorís, Dominican Republic, from September 19 to October 28, 2025, in order to help care for her father, who suffers from Alzheimer's disease. Probation does not oppose this request. The Government takes no position and defers to Probation.

As background, on February 1, 2024, Ms. Pena was sentenced in D. Mass to time served and three years' supervised release with one year's home detention following a narcotics conviction, in case number 22 Cr. 10054. Her supervision was then transferred to this Court under case number 24 Cr. 352 (VSB). Earlier this year this Court granted Ms. Pena permission to take a trip to the Dominican Republic of the same length requested here, ECF 7; but Ms. Pena ended up canceling that trip because she had surgery. In other words, she has not yet traveled to the Dominican Republic to care for her father this year.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Elinor Tarlow, Esq. (by email)
      U.S. Probation (by email)